## SUPREME COURT.

### FREEMAN WARREN agt. JOHN G. WARREN.

On an appeal from a judgment on the report of a referee, where it appears that the referee wrote an *opinion* in the case, but it is not printed with the case nor presented to the court, the argument of the cause will be postponed until the next general term, that the opinion may be properly presented.

*Broome General Term, November,* 1861.

BALCOM, CAMPBELL and PARKER, *Justices.*

THIS was an appeal from a judgment entered upon the report of a referee. It appeared that the referee wrote an opinion in the cause, in which he assigned his reasons for the conclusions of fact and law contained in his decision.

The COURT held that the opinion of the referee should have been printed with the case, and presented to the court by the appellant's counsel. (*See Rule* 43.) And for the rea-. son, among others, that it had not been printed or presented, the court postponed the argument of the cause until the next general term.

> G. L. SMITH, *for plaintiff*.
> H. B. SMITH, *for defendant*.